UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Dan J. Day, | ) | CASE NO. 1:11CV1288 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| C. O. McConnegly, et al., | ) | <u>ORDER</u> |
| | ) | |
| | ) | |
| Defendants. | ) | |

A case management conference order was issued in the above-captioned case scheduling this matter for a Telephonic Status Conference on March 26, 2012.

IT IS ORDERED that the warden or case manager of the Mansfield Correctional Institution make arrangements to provide a room and a telephone so that the defendant, Dan J. Day #A450-702, may participate in the status conference telephonically at 9:00 a.m. on March 26, 2012.

IT IS FURTHER ORDERED that the plaintiff be available to take the call which will be initiated by the Honorable Patricia A. Gaughan, to the institution promptly at the time of the conference. The Court requests that the warden or case manager contact the court at (216) 357-7210 and advise of the correct phone number and extension number where the plaintiff can be reached for the conference call.

IT IS FURTHER ORDERED that the Clerk is directed to mail a copy of this order by certified mail to the warden at the designated institution.

                                                    /s/ Patricia A. Gaughan  
                                                    PATRICIA A. GAUGHAN  
DATED: 1/10/12                         United States District Judge